FILED
3/29/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLIVIA L. BRYANT | No. 1:22-cr-00184<br>Judge John Robert Blakey<br>Magistrate Judge Beth W. Jantz<br><br>Violation: Title 18, United States Code, Section 1708 |

### COUNT ONE

The SPECIAL MAY 2021 GRAND JURY charges:

On or about March 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OLIVIA L. BRYANT,

defendant herein, did knowingly steal and take from and out of a mail route, a piece of mail addressed to Individual A;

In violation of Title 18, United States Code, Section § 1708.

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about March 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OLIVIA L. BRYANT,

defendant herein, did knowingly steal and take from and out of a mail route, a piece of mail addressed to Individual B;

In violation of Title 18, United States Code, Section § 1708.

## COUNT THREE

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about March 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OLIVIA L. BRYANT,

defendant herein, did knowingly steal and take from and out of a mail route, a piece of mail addressed to Individual C;

In violation of Title 18, United States Code, Section § 1708.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY