IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:22-cr-00184-1 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Olivia L. Bryant** | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance and arraignment held on 4/11/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Anjali Biala as counsel for defendant. Defendant is advised of charges and maximum penalties available under the law and informed of her rights. Defendant enters plea of not guilty to all counts in the indictment. Government and defendant agree on certain proposed conditions of release. Court enters Order Setting Conditions of Release and personal recognizance bond. The Court read each of the conditions of release to Defendant, she stated that she understood them, and would comply. Defendant authorized her attorney, Anjali Biala, to sign the Order Setting Conditions of Release, as well as the Financial Affidavit, on her behalf. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. The Rule 16.1 (a) conference is to be held on 4/18/2022. Pretrial motions will be set in a sperate court order by the District Judge. A status hearing before Judge Blakey set for 5/13/2022 at 1:00 p.m. Without objection, time is excluded from 4/11/2022 to and including 5/13/2022 in the interest of justice and for the filing of any pretrial motions pursuant to 18 USC §3161(h)(7)(A)(B) and 18 USC §3161(h)(1)(D).

(00:15)

Date: 04/11/2022

/s/ Beth W. Jantz
United States Magistrate Judge